**FILED**

SEP 16 2025

U.S. DISTRICT COURT- NDWV
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                                      Criminal Action No. 3:25-CR___53___

TRE'MONT EDWARD LEON COOPER,         Violations:  18 U.S.C. § 2
aka "CJ," aka "Ready,"                                18 U.S.C. § 922(g)(1)
WILLIAM ANTWONE HENDERSON,                   18 U.S.C. § 924(a)(8)
TERRELL ANTONIO HENDERSON,                   18 U.S.C. § 924(c)(1)(A)(i)
REBECCA LYNN SMITH,                                  21 U.S.C. § 841(a)(1)
                                                     21 U.S.C. § 841(b)(1)(C)
            **Defendants.**                          21 U.S.C. § 846

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base)

From on or about May 1, 2023 to July 31, 2023, in Berkeley and Jefferson Counties, in the Northern District of West Virginia, and elsewhere, defendants **TRE'MONT EDWARD LEON COOPER, aka "CJ," aka "Ready," WILLIAM ANTWONE HENDERSON, TERRELL ANTONIO HENDERSON,** and **REBECCA LYNN SMITH,** did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding with each other and other persons to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

1

## COUNT TWO

(Distribution of Cocaine Base)

On or about June 30, 2023, in Berkeley County, in the Northern District of West Virginia, defendant **TRE'MONT EDWARD LEON COOPER, aka "CJ," aka "Ready,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Aiding and Abetting Distribution of Cocaine Base)

On or about July 12, 2023, in Berkeley County, in the Northern District of West Virginia, defendants **WILLIAM ANTWONE HENDERSON, TERRELL ANTONIO HENDERSON,** and **REBECCA LYNN SMITH,** aiding and abetting each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## <u>COUNT FOUR</u>

(Distribution of Cocaine Base)

On or about July 12, 2023, in Jefferson County, in the Northern District of West Virginia, defendant **TRE'MONT EDWARD LEON COOPER, aka "CJ," aka "Ready,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Unlawful Possession of a Firearm)

On or about July 12, 2023, in Jefferson County, in the Northern District of West Virginia, defendant **TRE'MONT EDWARD LEON COOPER, aka "CJ," aka "Ready,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the felony offense of CDS-Possess with Intent to Manufacture, Distribute, Dispense-Narcotics, in the Circuit Court for Baltimore City, Maryland, on July 21, 2015, in case number 115008001; the felony offense of CDS: Possess with Intent Distribute: Narcotics, in the Circuit Court for Baltimore County, Maryland, on March 25, 2019, in case number 03-K-17-001599; the felony offense of possession of a firearm by a prohibited person, in the United States District Court, District of Maryland on February 27, 2019, in case number ELH-1-18-CR-00371-001; did knowingly possess a Polymer80 Inc., Model PF955, 9mm pistol, bearing no serial number, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX

(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about July 12, 2023, in Jefferson County, in the Northern District of West Virginia, defendant **TRE'MONT EDWARD LEON COOPER, aka "CJ," aka "Ready,"** did knowingly carry a firearm, that is a Polymer80 Inc. Model PF955, 9mm pistol, bearing no serial number, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is distribution of cocaine base, as referenced in Count Four; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or directly, as a result of such offense, including a Polymer80 Inc. Model PF955, 9mm pistol, bearing no serial number.

*Gun Control Act*

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the government will seek forfeiture of property as part of the sentence imposed in this case in accordance with the Gun Control Act; that is, any firearm and any ammunition involved in the knowing or willful commission of such offense, including a Polymer80 Inc. Model PF955, 9mm pistol, bearing no serial number.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Lara K. Omps-Botteicher
Morgan S. McKee
Assistant United States Attorneys

7